6/10/16 3:08PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

In re Langermann's of Baltimore, LLC Debtor(s)

Case No. 16-17913
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

      I shall represent debtor in all matters arising during the administration of this case, such as adversary proceedings and motion for relief from stay.

      Debtor agrees to pay all costs and expenses, including filing fees, and any other costs or expenses. Any receipts not earned as fee or incurred as expenses will be returned.

      For legal services, I agreed to accept a fee at a rate of $300.00 (Three Hundred Dollars) per hour for all time spent on this bankruptcy matter, with the minimum fee for this bankruptcy matter being $5,000.00 (Five Thousand Dollars).

      All payments for services for costs and expenses are subject to approval of the Court as reasonable.

      Debtor deposited with me $5,000.00 towards fee. $2,000.00 has been paid to me for servies rendered prepetition and balance is in my attorney escrow account.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re Langermann's of Baltimore, LLC
Debtor(s)

Case No. 16-17913

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 10, 2016
*Date*

/s/ Stephen L. Prevas
Stephen L. Prevas 01678
*Signature of Attorney*
Prevas and Prevas
American Building, Suite 702
231 East Baltiomre Street
Baltimore, MD 21202
410-752-2340 Fax: 410-332-0474
prevasandprevas@verizon.net
*Name of law firm*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com