# LIMITED LIABILITY COMPANY MEMBER'S RESOLUTION

This is to certify that, a meeting of the members of Langermann's of Baltimore, LLC, a Maryland Limited Liability Company, duly called and convened at 2:30 P.M. on the 7th day of June 2016, at which all members were present in person or duly represented by proxy, the following resolution was duly adopted:

"**RESOLVED**, that DAVID McGILL, be, and he hereby is, authorized and directed, on behalf of the LLC, to prepare and file the LLC's petition under Chapter 11 of the Bankruptcy Code, to execute all other necessary papers in connection therewith, to appear in the United States Bankruptcy Court for the District of Maryland on its behalf as provided by the Bankruptcy Code, and, further, to such end, to do any and all other acts and take any other steps in the name of and on behalf of the LLC, as may be necessary or appropriate in connection therewith."

**APPROVED BY MEMBERS:**

/s/______________________________
MARK LASKER

/s/______________________________
DAVID McGILL

/s/______________________________
NEAL LANGERMAN

/s/______________________________
JINI CHUNG